A89A1728. DAVIS v. THE STATE.
(398 SE2d 585)

POPE, Judge.

In *Davis v. State,* 260 Ga. 338 (393 SE2d 260) (1990) the Supreme Court reversed the judgment of this court in *Davis v. State,* 194 Ga. App. 833 (392 SE2d 253) (1990). Accordingly, our judgment in this case is vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Carley, C. J., Deen, P. J., McMurray, P. J., Banke, P. J., Birdsong, Sognier, Beasley and Cooper, JJ., concur.*

DECIDED OCTOBER 12, 1990.

*John D. McCord III, T. Stanley Sunderland,* for appellant.
*Gerald N. Blaney, Jr., Solicitor, David M. Fuller, Faye S. Pous, Assistant Solicitors,* for appellee.